UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Jose L. Linares |
| v. | : Crim. No. 11-99 (JLL) |
| ANDREW COX | : <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of defendant Andrew Cox (Anthony Thomas, Assistant Federal Public Defender, appearing) and Paul J. Fishman, United States Attorney for the District of New Jersey (Jane H. Yoon, Assistant U.S. Attorney, appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has requested such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Defendant Andrew Cox was charged by Indictment on February 9, 2011;

2. Defendant Andrew Cox has requested a continuance of this proceeding, in order to consider retaining private counsel;

3. The United States has no objection to the requested continuance;

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(a), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ___24th___ day of February 2011,

IT IS ORDERED that this action be, and hereby is, continued for 60 days; and it is further

ORDERED that the period from and including February 24, 2011, through and including April 24, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7)(a); and it is further

ORDERED that the arraignment in this matter shall be adjourned from February 24, 2011 at 12:00 p.m. to March 16, 2011 at 2:30 p.m.

HON. JOSE L. LINARES
United States District Judge

Form and entry
consented to:

_____
Jane H. Yoon
Assistant U.S. Attorney

_____
Anthony Thomas
Assistant Federal Public Defender