UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Criminal No. 11-99 (JLL) |
| ANDREW COX | : | SCHEDULING ORDER |

This matter having come before the Court on the application of defendant Andrew Cox (by Edward P. Busichio, Esq.), for an order amending the briefing schedule set forth in this Court's March 28, 2011 Scheduling and Continuance order to extend the deadlines upon which to file pre-trial motions as follows: (1) defendant's pre-trial motions shall be filed on or before June 27, 2011; and (2) opposition shall be filed on or before July 22, 2011; and Paul J. Fishman, United States Attorney for the District of New Jersey (by Jane Yoon, Assistant U.S. Attorney, appearing), having no objection to the defendant's application;

IT IS ORDERED that pre-trial motions shall be filed no later than June 27, 2011; and

IT IS FURTHER ORDERED that any opposition shall be filed no later than July 22, 2011; and

IT IS FURTHER ORDERED that this Court's March 28, 2011 Scheduling and Continuance order (Docket No. 20) remains in effect in all other respects.

Dated: June 20, 2011

_____
HON. JOSE L. LINARES
United States District Judge