UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Criminal No. 11-99 (JLL) |
| ANDREW COX | : | SCHEDULING AND CONTINUANCE ORDER |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Jane Yoon, Assistant U.S. Attorney), and defendant Andrew Cox (by Michael Orozco, Esq.), for an order setting the briefing and trial schedules in this matter and for an order granting a continuance of the proceedings in this matter:

IT IS ORDERED that pre-trial motions shall be filed no later than August 29, 2011;

IT IS FURTHER ORDERED that any opposition shall be filed no later than September 12, 2011;

IT IS FURTHER ORDERED that argument of any motions filed shall be September 19, 2011;

IT IS FURTHER ORDERED that the trial in this matter is set for September 26, 2011;

IT IS FURTHER ORDERED that a status conference shall be held on Sept 13, 2011 at 5:00pm ~~2011~~; and

IT IS FURTHER ORDERED that the period from July 8, 2011 through September 26, 2011 shall be excludable in computing time

under the Speedy Trial Act of 1974 because: (1) the defendant desires additional time to review discovery; (2) the defendant has consented to the continuance; (3) the grant of a continuance will likely conserve judicial resources; and (4) pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: July __11__, 2011

 

HON. JOSÉ L. LINARES
United States District Judge

Consented and Agreed to by:

_____
Michael Orozco, Esq.
Counsel for defendant Andrew Cox

_____
Jane H. Yoon
Assistant U.S. Attorney