**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiffs,<br>v.<br>ANDREW COX,<br>Defendant. | Criminal No.: 11-99 (JLL)<br>**ORDER** |

This matter comes before the Court by way of Defendant's Motion to Compel filed on August 18, 2011 [Docket Entry No. 39]. This Court has received and reviewed Defendant's Motion to Compel and the Government's Opposition filed on August 31, 2011, offering representations to this Court of its voluntary provision of responsive documents to Defendant [Docket Entry No.41]. Accordingly,

**IT IS** on this **6th day of September, 2011**,

**ORDERED** that Defendant's motion is **DENIED** as moot.

**IT IS SO ORDERED.**

Jose L. Linares
United States District Judge