# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. JOSE L. LINARES, U.S.D.J. |
| v. | : | Crim. No. 11-99 |
| ANDREW COX | : | ORDER |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey, (Assistant United States Attorney Shana W. Chen, appearing), for the entry of an order permitting the United States to send two DVD-R disks containing videos of alleged child pornography to an expert in computer graphics located in California for his review and analysis, and defendant ANDREW COX (Michael Orozco, Esq., appearing), having been informed of the request;

IT IS, therefore, on this _14_ day of September 2011,

ORDERED that the request of the United States is granted;

IT IS FURTHER ORDERED that the United States may send two DVD-R disks containing videos of alleged child pornography by Federal Express to Hany Farid, Professor of Computer Science, at 1056 Euclid Avenue, Berkeley, California 94708;

IT IS FURTHER ORDERED that the DVD-R disks shall be destroyed as soon as practicable following the testimony of Hany Farid.

HON. JOSE L. LINARES
United States District Judge