UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Hon. Jose L. Linares

    v.    :    Criminal No. 11-99 (JLL)

ANDREW COX    :    <u>SCHEDULING ORDER</u>

    This matter having come before the Court on the application of defendant Andrew Cox (by Michael A. Orozco, Esq.) and Paul J. Fishman, United States Attorney for the District of New Jersey (by Jane H. Yoon, Assistant U.S. Attorney) for an order setting the briefing and trial schedules in this matter, and this Court having held a status conference on September 14, 2011 in this matter:

    IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    1.  Defendant Andrew Cox filed pre-trial motions on August 30, 2011, to which the Government responded on September 12, 2011;

    2.  The Government intends to file motions *in limine* in this matter;

    3.  The defendant has requested additional time for effective preparation of the defense in this matter;

    4.  The Government has no objection to the defendant's request;

IT IS ORDERED that the Government's motions *in limine* shall be filed no later than Monday, September 19, 2011;

IT IS FURTHER ORDERED that any opposition to the Government's *in limine* motions shall be filed no later than Friday, September 23, 2011;

IT IS FURTHER ORDERED that oral argument of any motions filed shall be held on September 26, 2011 at 10:00 a.m.; and

IT IS FURTHER ORDERED that the trial in this matter is set for _To be assigned after ~~, 2011.~~ motions are decided_.

Dated: September 16th, 2011

_____
HONORABLE JOSÉ L. LINARES
United States District Judge