NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiffs,<br><br>v.<br><br>ANDREW COX,<br><br>  Defendant. | Criminal Action No.: 11-99 (JLL)<br><br>**ORDER** |

This matter comes before this Court by way of Defendant's Omnibus Motion [Docket Entry No. 40]. The Court has considered the submissions in support of and in opposition to each motion, and for the reasons stated on the record on September 26, 2011;

IT IS on this 17th day of October, 2011,

**ORDERED** that Defendant's motion to dismiss Count One of the Superseding Indictment for violations of the Speedy Trial Act is **GRANTED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Defendant's motion to dismiss Counts Two, Three, Four, Five and Six in the Superseding Indictment is **DENIED**; and it is further

**ORDERED** that Defendant's motion to dismiss based on an invalid and unconstitutional arrest warrant is **DENIED**; and it is further

**ORDERED** that Defendant's motion to suppress search and seizure of items found pursuant to the court-issued search warrant is **DENIED**; and it is further

**ORDERED** that Defendant's motion to dismiss for lack of venue is **DENIED**; and it is

further

**ORDERED** that Defendant's motion to bar the introduction of evidence under Federal Rules of Evidence 803(6) and 902(11) is **DENIED WITHOUT PREJUDICE** to the raising of appropriate objections to the admissibility of specific documents at trial; and it is further

**ORDERED** that a Status Conference is hereby set for **November 9, 2011**, at **12pm**.

**IT IS SO ORDERED.**

                                              Jose L. Linares
                                              United States District Judge