<u>NOT FOR PUBLICATION</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW COX,<br><br>Defendant. | Criminal No.: 11-99 (JLL)<br><br>**ORDER** |

This matter comes before the Court by way of the following motions filed by <u>pro se</u> Defendant Andrew Cox ("Defendant"): (1) Motion to Disqualify the instant District Court Judge [Docket Entry No. 86]; (2) Motion for Removal and Sanctioning of Government Attorneys [Docket Entry No. 89]; and (3) Motion for Release Pending Sentencing [Docket Entry No. 78]; the Court having considered the submissions of the Parties in support of and in opposition to the instant motions, and for the reasons set forth in this Court's accompanying Opinion,

**IT IS** accordingly on this **31st day of May, 2012**,

**ORDERED** that Defendant's Motion to Disqualify the instant District Court Judge is **DENIED**; and it is further

**ORDERED** that Defendant's Motion for Removal and Sanctioning of Government Attorneys is **DENIED**; and it is further

**ORDERED** that Defendant's Motion for Release Pending Sentencing is **DENIED**; and it is further

**ORDERED** that Defendant's Motion for Attorney's Fees [Docket Entry No. 108] is

1

**DENIED** without prejudice to the refiling of the same; and it is further

**ORDERED** that Defendant's request for the return of his property are **DENIED** without prejudice pending the resolution of his Motion to Withdraw his Guilty Plea; and it is further

**ORDERED** that Defendant's pending Motions as against the Government [Docket Entry Nos. 88, 90, 92, 95 and 108] shall proceed before the instant Judge along with Defendant's discovery request filed with his Motion for Release [Docket Entry No. 78]; and it is further

**ORDERED** that the Government shall have fourteen (14) days from the issuance of this Order to file its opposition, if any, to Defendant's pending Motions, including his discovery request; and it is further

**ORDERED** that Defendant shall file his reply thereto, not to exceed ten (10) pages, by **June 21st, 2012**; and it is further

**ORDERED** that a hearing on Defendant's pending Motions is hereby set before this Court in Courtroom 5D, 50 Walnut Street, Newark, New Jersey, on **July 10th, 2012** at **1:30 p.m.**

**IT IS SO ORDERED.**

/s/ Jose L. Linares
United States District Judge