**UNITED STATES DISTRICT COURT**
District of New Jersey

| | |
|---|---|
| CHAMBERS OF<br>JOSE L. LINARES<br>JUDGE | MARTIN LUTHER KING JR.<br>FEDERAL BUILDING & U.S. COURTHOUSE<br>50 WALNUT ST., ROOM 5054<br>P.O. Box 999<br>Newark, NJ 07101-0999<br>973-645-6042 |

June __, 2012

Andrew Cox
ECCF J201107038
354 Doremus Avenue
Newark, NJ 07105

Michael N. Pedicini
60 Washington Street
Morristown, NJ 07960

Jane Yoon
Office of the U.S. Attorney
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102

**LETTER ORDER**

Re:   **United States v. Cox**
      **Criminal No.: 11-99**

Dear Messrs. Cox and Counsel:

The Court has received Defendant Andrew Cox ("Defendant")'s request for an extension to file his response to the Government's opposition to his pending motion to withdraw his guilty plea from June 19, 2012 to June 28, 2012. The Government has consented to Defendant's request for an extension.

**IT IS** accordingly on this 20 day of **June, 2012,**

**ORDERED** that Defendant may submit his reply to the Government's opposition to his motion to withdraw his guilty plea no later than June 28, 2012.

**IT IS SO ORDERED.**

Jose L. Linares
United States District Judge