UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | | CRIM. NO. 11-99(JLL) |
| | : | |
| v. | : | **ORDER** |
| | : | |
| ANDREW COX | | |

**THIS MATTER** having been opened to the Court by Pro Se defendant, Andrew Cox, for an Order appointing stand-by counsel, Michael N. Pedicini, Esq., as lead counsel for the purpose of sentencing only and the Court having considered the matter and for good and sufficient cause shown;

**IT IS** on this 7th day of AUGUST, 2012;

**ORDERED** that Michael N. Pedicini, Esq. is hereby appointed to represent defendant, Andrew Cox for the purpose of sentencing only.

_____
HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE